James H. Fleming (SBN 042226)
Marshall C. Wallace (SBN 127103)
Eugenia S. Chern (SBN 215092)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone: 510.763.2000
Facsimile: 510.273.8832

Attorneys for Defendants
United Services Automobile Association
and USAA Life Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY JOAN KEALY,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION, USAA LIFE INSURANCE COMPANY, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 05-04821 SC<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING**<br>**(Local Rule 6-1(a))**<br><br>ORDER |

1  IT IS HEREBY STIPULATED by and between plaintiff Mary Joan Kealy ("plaintiff") and defendants United Services Automobile Association ("USAA") and USAA Life Insurance Company ("USAA Life"), through their attorneys of record, that USAA and USAA Life shall have up to and including December 9, 2005, within which to file a responsive pleading to plaintiff's complaint.

This extension will not alter the date of any event or any deadline already fixed by Court order.

DATED: December 2, 2005.

        MANNION & LOWE

        By /s/ Wesley M. Lowe
          E. Gerard Mannion
          Wesley M. Lowe
          Attorneys for Plaintiff
          Mary Joan Kealy

DATED: December 2, 2005.

        REED SMITH LLP

        By   /s/ Eugenia S. Chern
          James H. Fleming
          Marshall C. Wallace
          Eugenia S. Chern
          Attorneys for Defendants United Services
          Automobile Association and USAA Life
          Insurance Company



GRANTED
Judge Samuel Conti
12/8/05
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

REED SMITH LLP
A limited liability partnership formed in the State of Delaware