E. Gerard Mannion (State Bar #77287) gmannion@sbcglobal.net
Wesley M. Lowe (State Bar # 111761) wlowe@sbcglobal.net
MANNION & LOWE
655 Montgomery Street, Suite 1200
San Francisco, California 94111
Telephone: (415) 733-1050
Facsimile:  (415) 434-4810

Attorneys for Plaintiff
and Counter-Defendant
MARY JOAN KEALY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY JOAN KEALY,<br><br>   Plaintiff,<br><br>vs.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION, USAA LIFE INSURANCE COMPANY, and DOES 1 through 50, inclusive,<br><br>   Defendants.<br><br>USAA LIFE INSURANCE COMPANY,<br><br>   Counter-Claimant,<br><br>vs.<br><br>MARY JOAN KEALY,<br><br>   Counter-Defendant. | Case No. C 05-04821 SC<br><br>STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING<br>(Local Rule 6-1(a)) |

1

1  IT IS HEREBY STIPULATED by and between plaintiff and defendant Mary Joan Kealy,
2  defendant United States Automobile Association, and defendant and counter-claimant USAA Life
3  Insurance Company, through their attorneys of records, the undesigned, that Mary Joan Kealy shall
4  have up to and including January 12, 2006, within which to file a responsive pleading to the counter
5  claim of USAA Life Insurance Company.

6  This extension shall not alter the date of any event or any deadline already fixed by Court
7  order.

Dated: December __, 2005         MANNION & LOWE
                                 A Professional Corporation

                                 By: _____
                                     Wesley M. Lowe
                                     Attorneys for Plaintiff and Defendant
                                     MARY JOAN KEALY

Dated: December __, 2005         REED SMITH LLP


                                 By: _____
                                     James H. Fleming
                                     Attorneys for Defendants United Services
                                     Automobile Association and USAA Life
                                     Insurance Company

G:\Main Group\Clients\Kealy v. USAA\Pleadings\Stip.EDT.wpd

Stipulation to Extend Time to File Responsive Pleading

IT IS HEREBY STIPULATED by and between plaintiff and defendant Mary Joan Kealy, defendant United States Automobile Association, and defendant and counter-claimant USAA Life Insurance Company, through their attorneys of records, the undesigned, that Mary Joan Kealy shall have up to and including January 12, 2006, within which to file a responsive pleading to the counter claim of USAA Life Insurance Company.

This extension shall not alter the date of any event or any deadline already fixed by Court order.

Dated: December 16, 2005

MANNION & LOWE
A Professional Corporation

By: _____
Wesley M. Lowe
Attorneys for Plaintiff and Defendant
MARY JOAN KEALY

Dated: December 15, 2005

REED SMITH LLP

By: _____
James H. Fleming
Attorneys for Defendants United Services
Automobile Association and USAA Life
Insurance Company

**GRANTED**
Judge Samuel Conti
12/19/05
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

Stipulation to Extend Time to File Responsive Pleading