1  E. Gerard Mannion (State Bar #77287) gmannion@sbcglobal.net
   Wesley M. Lowe (State Bar # 111761) wlowe@sbcglobal.net
2  MANNION & LOWE
   655 Montgomery Street, Suite 1200
3  San Francisco, California 94111
   Telephone: (415) 733-1050
4  Facsimile:  (415) 434-4810

5  Attorneys for Plaintiff
   and Counter-Defendant
6  MARY JOAN KEALY

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11
   MARY JOAN KEALY,                    )   Case No. C 05-04821 SC
12                                     )
           Plaintiff,                  )
13                                     )   STIPULATION TO EXTEND TIME
   vs.                                 )   TO COMPLETE INITIAL DISCLOSURE
14                                     )   (FRCP 26(a)(1)); ORDER [PROPOSED]
                                       )
15 UNITED SERVICES AUTOMOBILE          )
   ASSOCIATION, USAA LIFE INSURANCE    )
16 COMPANY, and DOES 1 through 50,     )
   inclusive,                          )
17                                     )
           Defendants.                 )
18 _____)
                                       )
19 USAA LIFE INSURANCE COMPANY,        )
                                       )
20         Counter-Claimant,           )
                                       )
21 vs.                                 )
                                       )
22 MARY JOAN KEALY,                    )
                                       )
23         Counter-Defendant.          )
   _____)
24

25     ///

26     ///

                                1

Stipulation to Extend Time to Complete Initial Disclosures; Order [Proposed]

## STIPULATION

IT IS HEREBY STIPULATED by and between plaintiff Mary Joan Kealy and defendants United Services Automobile Association and USAA Life Insurance Company, through their attorneys of record, the undersigned, that the time to complete Initial Disclosures as required by FRCP 26(a)(1) shall be extended from March 17, 2006 to March 22, 2006.

This extension alters the date fixed by the Court's Order Setting Initial Case Management Conference.

Dated: March 16, 2006

MANNION & LOWE
A Professional Corporation

By: ___/s/___
Wesley M. Lowe
Attorneys for Plaintiff
Mary Joan Kealy

Dated: March 16, 2006

REED SMITH LLP

By: ___/s/___
Eugenia S. Chern
Attorneys for Defendants United Services Automobile Association and USAA Life Insurance Company

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 20, 2006

By: _____
Samuel Conti
United States District Judge

IT IS SO ORDERED
Judge Samuel Conti

G:\Main Group\Clients\Kealy v. USAA\Pleadings\Stip.EDT ID.wpd