James H. Fleming (SBN 042226)
Marshall C. Wallace (SBN 127103)
Eugenia S. Chern (SBN 215092)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA  94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA  94604-2084

Telephone:   510.763.2000
Facsimile:   510.273.8832

Attorneys for Defendants
United Services Automobile Association
and USAA Life Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY JOAN KEALY,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION, USAA LIFE INSURANCE COMPANY, and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants.<br><br>USAA LIFE INSURANCE COMPANY,<br><br>　　　　　　Counterclaimant,<br><br>　vs.<br><br>MARY JOAN KEALY,<br><br>　　　　　　Counter-Defendant. | Case No. 05-04821 SC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR CONDUCTING MEDIATION** |

　　IT IS HEREBY STIPULATED by and between plaintiff Mary Joan Kealy ("plaintiff") and defendants United Services Automobile Association ("USAA") and USAA Life Insurance Company ("USAA Life"), through their attorneys of record, that the deadline to

complete mediation in this action shall be continued from June 29, 2006 until July 12, 2006.

Pursuant to ADR Local Rule 6-4(b), the mediation shall be held within 90 days after the initial Case Management Conference or issuance of the initial case management order, whichever occurs first.  The first of these events to occur in this action was the initial Case Management Conference, which was held on March 31, 2006.  Accordingly, the current deadline to complete mediation is June 29, 2006.

Good cause exists to continue the mediation completion deadline.  The parties are presently conducting discovery they believe to be necessary to maximize the opportunity for settlement at the mediation, and do not believe that this discovery will be completed in time to participate in mediation by June 29, 2006.  That discovery includes discovery regarding the medical records and possible depositions of Alexander Bonutti's health care providers and employer, the deposition of Plaintiff, and the depositions of certain persons most knowledgeable of Defendant USAA Life.  The parties agree that this discovery is necessary for them to most effectively participate in mediation.  The parties' counsel and the assigned Mediator have met and conferred, and all have agreed to a mediation date of July 12, 2006.

The requested continuance will not alter the date of any other event or deadline already fixed by Court order.


DATED:  May 25, 2006.
           MANNION & LOWE


           By___/s/ Wesley M. Lowe_____
             E. Gerard Mannion
             Wesley M. Lowe
             Attorneys for Plaintiff
             Mary Joan Kealy

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DATED: May 30, 2006.

REED SMITH LLP

By  /s/ Eugenia S. Chern
James H. Fleming
Marshall C. Wallace
Eugenia S. Chern
Attorneys for Defendants
United Services Automobile Association and
USAA Life Insurance Company

**ORDER**

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED that the deadline to complete mediation in this action shall be continued from June 29, 2006 until July 12, 2006.

DATED: __May 31_____, 2006.

SAMUEL CONTI
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Samuel Conti