1    E. Gerard Mannion (State Bar #77287) gmannion@sbcglobal.net
     Wesley M. Lowe (State Bar # 111761) wlowe@sbcglobal.net
2    MANNION & LOWE
     655 Montgomery Street, Suite 1200
3    San Francisco, California 94111
     Telephone: (415) 733-1050
4    Facsimile:  (415) 434-4810

5    Attorneys for Plaintiff
     and Counter-Defendant
6    MARY JOAN KEALY

7

8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10                      **SAN FRANCISCO DIVISION**

11    MARY JOAN KEALY,           )   Case No. C 05-04821 SC
                                    )
12            Plaintiff,           )
                                    )
13    vs.                           )   STIPULATION AND [PROPOSED] ORDER
                                    )   TO CONTINUE DEADLINE FOR
14    UNITED SERVICES AUTOMOBILE      )   COMPLETING MEDIATION AND TO
     ASSOCIATION, USAA LIFE INSURANCE   )   CONTINUE CASE MANAGEMENT
15    COMPANY, and DOES 1 through 50,      )   CONFERENCE
     inclusive,                         )
16                                     )
           Defendants.         )
17 _____ )
                                    )
18    USAA LIFE INSURANCE COMPANY,      )
                                    )
19            Counter-Claimant,      )
                                    )
20    vs.                           )
                                    )
21    MARY JOAN KEALY,           )
                                    )
22            Counter-Defendant.     )
23 _____ )

24        IT IS HEREBY STIPULATED by and between plaintiff Mary Joan Kealy ("plaintiff") and

25    defendants United Services Automobile Association ("USAA") and USAA Life Insurance Company

26

                                             1

1   ("USAA Life"), through their attorneys of record, that the deadline to complete mediation in this

2   action shall be continued from July 12, 2006 until August 31, 2006 and that the case management

3   conference of August 4, 2006 shall be continued to September 15, 2006.

4          Pursuant to Stipulation and Order, the first deadline to complete mediation was extended from

5   June 29, 2006 to July 12, 2006.  Due to circumstances beyond their control, the parties are not able

6   to complete mediation by this date.  The Mediator, Fred D. Butler, is no longer available to mediate

7   on this date and this is the only date between now and July 12, 2006 when all parties, one of whom

8   must travel from San Antonio, Texas, and counsel are available to attend a mediation.  After counsel

9   learned that Mr. Butler was not available, they contacted the Administrator for the court's ADR Unit

10  in order to determine if another mediator was available on July 12, 2006.  None were available and

11  thus, the ADR Unit Administrator decided to remove Mr. Butler and replace him with Arthur D.

12  Levy, who is available and willing to serve as the mediator provided a new mediation date could be

13  arranged.  *See* Notice of Appointment of Mediator (Arthur D. Levy), dated June 21, 2006.

14         The ADR Unit Administrator suggested that counsel seek to extend the deadline to complete

15  mediation to August 31, 2006 in order to accommodate Mr. Levy's schedule and the parties' need to

16  complete certain additional discovery, including depositions of witnesses in San Antonio, Texas.

17  While the parties have conducted some discovery, including the deposition of plaintiff, this additional

18  discovery is necessary in order to enhance the prospects for settlement at the mediation and to ensure

19  that the parties are able to effectively participate in mediation.

20         Counsel and the assigned mediator are expected to promptly reschedule the mediation and

21  complete it before August 31, 2006.

22         The requested continuance will not alter the date of any other event or deadline already fixed

23  by court order.  However, the parties believe that the case management conference currently

24  scheduled at 10:00 a.m. on August 4, 2006 should be continued to 10:00 a.m. on September 15, 2006

25  so that counsel are in a position to report to the court on the outcome of the mediation at the next

26

2

Stipulation and [Proposed] Order to Continue Deadline for Completing Mediation
and to Continue Case Management Conference                                  Case No. C 05-04821 SC

1  case management conference.

2  Dated:  June 22, 2006

MANNION & LOWE
A Professional Corporation

4  By: _Wesley Lowe_ *(signature)*
Wesley M. Lowe
5  Attorneys for Plaintiff
and Counter-Defendant
6  MARY JOAN KEALY

7  Dated:  June __, 2006

REED SMITH LLP

8

9  By: _____
James H. Fleming
10  Marshall C. Wallace
Eugenia S. Chern
11  Attorneys for Defendants
UNITED SERVICES AUTOMOBILE
12  ASSOCIATION and
USAA LIFE INSURANCE COMPANY

13

14

15  **ORDER**

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO

16  ORDERED that the deadline to complete mediation in this action shall be continued from July 12,

17  2006 until August 31, 2006 and that the case management conference shall be continued from August

18  4, 2006 to September ~~15~~ 22, 2006.

19

20  Dated:  6/26/06
_____

21
Samuel Conti, Sr.
U.S. DISTRICT JUDGE

22  G:\Main Group\Clients\Kealy v. USAA\Pleadings\Stipulation.ContinueDeadline.Mediation.wpd

23

24

25

26

IT IS SO ORDERED
Judge Samuel Conti

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3

1 | case management conference.

2 | Dated: June 22, 2006

MANNION & LOWE
A Professional Corporation

By: _*[signature]*_____
Wesley M. Lowe
Attorneys for Plaintiff
and Counter-Defendant
MARY JOAN KEALY

Dated: June **22** 2006

REED SMITH LLP

By: _*[signature]*_____
James H. Fleming
Marshall C. Wallace
Eugenia S. Chern
Attorneys for Defendants
UNITED SERVICES AUTOMOBILE
ASSOCIATION and
USAA LIFE INSURANCE COMPANY

## ORDER

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED that the deadline to complete mediation in this action shall be continued from July 12, 2006 until August 31, 2006 and that the case management conference shall be continued from August 4, 2006 to September 15, 2006.

Dated: _____

Samuel Conti, Sr.
U.S. DISTRICT COURT JUDGE

IT IS SO ORDERED
*[signature]*
Judge Samuel Conti

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3

Stipulation and [Proposed] Order to Continue Deadline for Completing Mediation and to Continue Case Management Conference

Case No. C 05-04821 SC