James H. Fleming (SBN 042226)
Marshall C. Wallace (SBN 127103)
Eugenia S. Chern (SBN 215092)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA  94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA  94604-2084

Telephone:   510.763.2000
Facsimile:   510.273.8832

Attorneys for Defendants
United Services Automobile Association
and USAA Life Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY JOAN KEALY,<br><br>               Plaintiff,<br><br>    vs.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION, USAA LIFE INSURANCE COMPANY, and DOES 1 through 50, inclusive,<br><br>               Defendants.<br><br>USAA LIFE INSURANCE COMPANY,<br><br>               Counterclaimant,<br><br>    vs.<br><br>MARY JOAN KEALY,<br><br>               Counter-Defendant. | Case No. 05-04821 SC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR CONDUCTING MEDIATION** |

IT IS HEREBY STIPULATED by and between plaintiff Mary Joan Kealy ("plaintiff") and defendants United Services Automobile Association ("USAA") and USAA Life Insurance Company ("USAA Life"), through their attorneys of record, that the deadline to

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

complete mediation in this action be continued from August 31, 2006 to September 11, 2006.

Good cause exists to continue the mediation completion deadline for this short amount of time, for two chief reasons, as follows:

(1)  The parties agree that plaintiffs should have the opportunity to depose certain USAA Life employee to maximize the opportunity for settlement at the mediation.  Those employees are located in San Antonio, Texas.  After multiple scheduling issues, the parties have set those depositions for August 24-25, 2006.  The parties desire a short amount of time before the mediation and following those depositions to prepare and submit mediation statements.

(2)  The mediation presently has been set for August 29, 2006 with Mediator Arthur Levy, Esq.  On July 31, 2006 Defendants' counsel Marshall Wallace learned that multiple motions in a multiparty case pending in the Central District of California had been set for hearing in Los Angeles on August 29, creating a conflict with the agreed mediation date. The parties and the Mediator have identified September 1, 2006 as a mutually agreeable alternative date.  That date, however, is after the present Court-ordered August 31 deadline.

The parties therefore request a brief extension of the mediation completion deadline from August 31, 2006 to Monday, September 11, 2006.  The parties believe it prudent to extend the deadline for about 10 days after the agreed September 1 date to allow follow-up in the event the mediation does not finally resolve the case on September 1.

The requested continuance will not alter the date of any other event or deadline already fixed by Court order.  The action is set for a further Case Management Conference

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DOCSOAK-9840945.1

1  on September 22, 2006.

2

3          DATED:  August 7, 2006.

4                                          MANNION & LOWE

5                                          By___/s/ Wesley M. Lowe_____

6                                             E. Gerard Mannion
                                             Wesley M. Lowe
7                                             Attorneys for Plaintiff
                                             Mary Joan Kealy

8

9

10         DATED:  August 7, 2006.

11                                         REED SMITH LLP

12

13                                         By___/s/ Marshall C. Wallace_____
                                             James H. Fleming
14                                            Marshall C. Wallace
                                             Eugenia S. Chern
15                                            Attorneys for Defendants
                                             United Services Automobile Association and
16                                            USAA Life Insurance Company

17

18                                    **ORDER**

19         PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS

20  ORDERED that the deadline to complete mediation in this action shall be continued from

21  August 31, 2006 to September 11, 2006.

22

23  DATED: _____8/9_____, 2006.

24  SAMUEL CONTI
    UNITED STATES DISTRICT COURT JUDGE

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR CONDUCTING MEDIATION

REED SMITH LLP
A limited liability partnership formed in the State of Delaware