E. Gerard Mannion (State Bar #77287) gmannion@sbcglobal.net
Wesley M. Lowe (State Bar # 111761) wlowe@sbcglobal.net
MANNION & LOWE
655 Montgomery Street, Suite 1200
San Francisco, California 94111
Telephone: (415) 733-1050
Facsimile:  (415) 434-4810

Attorneys for Plaintiff
and Counter-Defendant
MARY JOAN KEALY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY JOAN KEALY,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION, USAA LIFE INSURANCE COMPANY, and DOES 1 through 50, inclusive,<br><br>    Defendants.<br><br>USAA LIFE INSURANCE COMPANY,<br><br>    Counter-Claimant,<br><br>vs.<br><br>MARY JOAN KEALY,<br><br>    Counter-Defendant. | Case No. C 05-04821 SC<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

IT IS HEREBY STIPULATED by and between plaintiff Mary Joan Kealy ("plaintiff") and defendants United Services Automobile Association ("USAA") and USAA Life Insurance Company ("USAA Life"), through their attorneys of record, that because this entire case has settled, the case

1

1  management conference scheduled for September 22, 2006 shall be continued to December 1, 2006.
2  Attorneys for the parties are in the process of finalizing the settlement and expect that a Request for
3  Dismissal with Prejudice shall submitted and filed within the next thirty (30) days.
4      The requested continuance will not alter the date of any other event or deadline already fixed
5  by court order.

6  Dated: September 19, 2006      MANNION & LOWE
      A Professional Corporation

8      By: _____
      Wesley M. Lowe
9      Attorneys for Plaintiff
      and Counter-Defendant
10     MARY JOAN KEALY

11
12 Dated: September 19, 2006      REED SMITH LLP

13     By: _____/s/_____
14     James H. Fleming
      Marshall C. Wallace
15     Eugenia S. Chern
      Attorneys for Defendants
16     UNITED SERVICES AUTOMOBILE
      ASSOCIATION and
17     USAA LIFE INSURANCE COMPANY

### ORDER

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, the case management conference shall be continued from September 22, 2006 to December 1, 2006.

IT IS SO ORDERED.

Dated: 9/20/06      _____
    U.S. DISTRICT JUDGE

*IT IS SO ORDERED — Judge Samuel Conti*

G:\Clients\Kealy v. USAA\Pleadings\Stipulation.Continue.CMC.wpd

2