James H. Fleming (SBN 042226)
Marshall C. Wallace (SBN 127103)
Eugenia S. Chern (SBN 215092)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:   510.763.2000
Facsimile:    510.273.8832

Attorneys for Defendants
United Services Automobile Association
and USAA Life Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY JOAN KEALY,<br><br>           Plaintiff,<br><br>vs.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION, USAA LIFE INSURANCE COMPANY, and DOES 1 through 50, inclusive,<br><br>           Defendants. | Case No. 05-04821 SC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE;** ~~[PROPOSED]~~ **ORDER**<br><br><br>Honorable Samuel Conti |
| USAA LIFE INSURANCE COMPANY,<br><br>           Counterclaimant,<br><br>vs.<br><br>MARY JOAN KEALY,<br><br>           Counter-Defendant. | |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel of record, that the Court may make and enter its order dismissing the above-captioned action with prejudice in its entirety, including but not limited to plaintiff Mary Joan Kealy's Complaint and defendant USAA Life Insurance Company's Counterclaim. Each party shall bear its own costs and fees.

DATED: ~~September~~ October 4, 2006.

MANNION & LOWE

By: /s/ Wesley M. Lowe
E. Gerard Mannion
Wesley M. Lowe
Attorneys for Plaintiff
Mary Joan Kealy

DATED: September 19, 2006.

REED SMITH LLP

By: /s/ M. Wallace
James H. Fleming
Marshall C. Wallace
Eugenia S. Chern
Attorneys for Defendants United Services Automobile Association and USAA Life Insurance Company

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

DATED: October 10, 2006.



SAMUEL _____ 
UNITED _____ COURT JUDGE

IT IS SO ORDERED
Judge Samuel Conti